UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN L ROSENBERG<br>MAGISTRATE JUDGE BRUCE REINHART |
| _____/ | |
| THIS DOCUMENT RELATES TO:<br>James Teuton | JURY TRIAL DEMANDED |

## SHORT-FORM COMPLAINT

The Plaintiff named below, by counsel, file(s) this Short-Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Second Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff files this Short-Form Complaint as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) **James Teuton** ("Plaintiff(s)") brings this action (check the applicable designation):

    ☒   On behalf of [*himself/herself*];

- 1 -

☐    In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a resident and citizen of **GAINESVILLE, Florida** and claims damages as set forth below.

—OR—

Decedent died on ___**N/A**___. At the time of Decedent's death, Decedent was a resident and citizen of (City, State) ___**N/A**___.

If any party claims loss of consortium,

3. ____**N/A**____ alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of (City, State) _____**N/A**_____.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in (City, State) _____**N/A**_____.

**B. DEFENDANT(S)**

6. Plaintiff(s) name(s) the following Defendants from the Second Amended Master Personal Injury Complaint in this action:

   a. **Brand-Name Manufacturers:**
      GLAXOSMITHKLINE LLC
      GLAXOSMITHKLINE (AMERICA) INC.
      GLAXOSMITHKLINE PLC
      PFIZER INC;
      BOEHRINGER INGELHEIM PHARMACEUTICALS, INC;
      BOEHRINGER INGELHEIM CORPORATION;
      BOEHRINGER INGELHEIM USA CORPORATION;
      SANOFI-AVENTIS U.S. LLC;
      SANOFI US SERVICES INC.
      PATHEON MANUFACTURING SERVICES LLC
      CHATTEM, INC.

   b. **Generic Manufacturers:**

   c. **Distributors and Repackager:**

    d. Retailers:

    e. Others Not Named in the AMPIC:
        DOES 1-100

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    [ ] By prescription

    [X] Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately (month, year) April, 1996 to August, 2019.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| [] | BLADDER CANCER | |

| | | |
|---|---|---|
| [] | BREAST CANCER | |
| [] | COLORECTAL CANCER | |
| [] | ESOPHAGEAL CANCER | |
| [] | GASTRIC CANCER | |
| [] | KIDNEY CANCER | |
| [] | LIVER CANCER | |
| [] | LUNG CANCER | |
| [] | PANCREATIC CANCER | |
| [X] | PROSTATE CANCER | 03/20/2019 |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

### IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Second Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** |

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| | | | DE, IA, MA, NC, PA, and VA |
| ☒ | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA |
| ☒ | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| ☒ | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| ☒ | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| ☒ | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
| ☐ | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |
| ☐ | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |
| ☒ | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☐ | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
| ☐ | XVI | Wrongful Death (Against All Defendants) | All States and Territories |

If Count XV or Count XVI is alleged, additional facts supporting the claim(s):

## V.   JURY DEMAND

15. Plaintiff hereby demands a trial by jury as to all claims in this action.

## VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Second Amended Master Personal Injury Complaint.

DATED: 16th day of December, 2021          Respectfully Submitted,

By: */s/ Robert C. Gilbert*
    Robert C. Gilbert
    Florida Bar No. 561861
    Daniel E. Tropin
    Florida Bar No. 100424
    KOPELOWITZ OSTROW FERGUSON
       WEISELBERG GILBERT
    2525 Ponce de Leon Boulevard, Suite 625
    Coral Gables, FL 33134
    Tel: (305) 384-7270
    Fax: (954) 525-4300
    Email: gilbert@kolawyers.com
    Email: tropin@kolawyers.com

    Ranny S. Sawaf
    Texas Bar No. 24097073
    KWOK DANIEL
    9805 Katy Freeway, Ste. 850
    Houston, TX 77024
    Tel: (713) 773-3380

Fax: (713) 773-3960
Email: rsawaf@kwoklaw.com

- 7 -